No. 739.  May *v.* Chase Manhattan Bank.  C. A. 3d Cir.  Certiorari denied.  *Landon Gerald Dowdey* for petitioner.  *David B. Buerger* for respondent.

No. 750.  Phillips Pipe Line Co. *v.* Belusko et al. C. A. 7th Cir.  Certiorari denied.  *Joseph H. Hinshaw* for petitioner.  *Lee William Ensel* for respondents.

No. 751.  New York, Chicago & St. Louis Railroad Co. *v.* Kosowatz, Administratrix.  Court of Appeals of Ohio, Cuyahoga County.  Certiorari denied.  *Edwin Knachel* and *John G. Cardinal* for petitioner.  *George J. McMonagle* and *Richard E. McMonagle* for respondent.

No. 766.  Bowen-Itco, Inc., et al. *v.* Houston Engineers, Inc.  C. A. 5th Cir.  Certiorari denied.  *Earl Babcock* and *B. R. Pravel* for petitioners.  *James B. Simms* for respondent.

No. 778.  Potucek, Trustee in Bankruptcy, *v.* Corderelia Lourdes et al.  C. A. 10th Cir.  Certiorari denied.  *Malcolm Miller* for petitioner.  *Dale M. Stucky* for respondents.

No. 532, Misc.  Sutton *v.* Settle, Warden.  C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for respondent.

No. 683, Misc.  Mahurin *v.* Missouri.  Supreme Court of Missouri.  Certiorari denied.

No. 756, Misc.  Pierce *v.* California.  Supreme Court of California.  Certiorari denied.